# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JAVED ASEFI,<br><br>            Defendant. | Case No. 8:16-cr-00113-JLS-10<br><br>Order Re Defendant Javed Asefi's Motion for Extension of Self-Surrender Date |

The Court has reviewed Defendant's Motion for Extension of Self-Surrender Date. Defendant's doctor's letter (*see* Doc. 678) is undated. Defendant is directed to file a declaration from Dr. Khashayar Sarabi that attests to the date that the letter was prepared. Due to the time constraints regarding Defendant's self-surrender date, the declaration must be filed within 24 hours of issuance of this Order.

**IT IS SO ORDERED**.

Dated: February 26, 2020

                                              HON. JOSEPHINE L. STATON
                                              United States District Judge