# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAVED ASEFI,<br><br>　　　　Defendant. | Case No. 8:16-cr-00113-JLS-10<br><br>Order Granting Defendant Javed Asefi's Motion for Extension of Self-Surrender Date |

The Court having read Defendant's Motion for Extension of Self-Surrender Date, hereby orders as follows:

**THE COURT ORDERS:**

The date for defendant to surrender to the facility designated by the Bureau of Prisons for the service of his sentence is extended until March 30, 2020, 12:00 p.m. No further extensions will be granted.

**IT IS SO ORDERED**.

Dated: February 26, 2020

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　United States District Judge

**CC: PSA-SA; USPO; USM; BOP**