# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JAVED ASEFI,<br><br>　　　　　　Defendant. | Case No. 8:16-cr-00113-JLS-10<br><br>Order Granting Defendant Javed Asefi's Motion for Extension of Self-Surrender Date |

　　The Court has reviewed Defendant's Unopposed Motion for Extension of Defendant's Self-Surrender Date. (Doc. 687.) Defendant's self-surrender date is extended to June 1, 2020, 12:00 p.m.

　　**IT IS SO ORDERED**.

　　Dated: April 22, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　United States District Judge

CC: PSA-SA; USPO; USM; BOP