# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No: 8:16-cr-00113-JLS-10 |
| **Plaintiff,** | ) |
| | ) **Order Granting Defendant, Javed** |
| | ) **Asefi' Unopposed Motion for Extension of the** |
| | ) **Self- Surrender Date** |
| **JAVED ASEFI,** | ) |
| **Defendant.** | ) |

The Court having read Defendant's Motion for Extension of Self-surrender Date, hereby orders as follows: The date for Defendant to surrender to the facility designated by the Bureau of Prisons for the service of his sentence is extended until September 1, 2020.

**IT IS SO ORDERED.**

Dated: May 22, 2020

_____
HON. JOSEPHINE L. STATON
United States District Judge

CC: USM; PSA; USPO