# DENIED
## BY ORDER OF THE COURT

## UNITED STATES DISCTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATED OF AMERICA, | CASE NO.: 8:16-CR-00113-JLS-10 |
| PLAINTIFF, | **[PROPSED] ORDER** |
| | **ORDER GRANTING DEFENDANT JAVED ASEFI'S MOTION FOR EXTENSION OF SELF SURRENDER DATE** |
| vs. | |
| JAVED ASEFI , | |
| DEFENDANT. | |

The Court having read Defendant's Motion for Extension of Self-Surrender Date, hereby orders as follows:

**THE COURT ORDERS:**

The date for defendant to surrender to the facility designated by the Bureau of Prisons for the service of his sentence is extended until _____.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. JOSEPHINE L. STATON
United States District Judge

- 1 -